UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
E. ARMATA, INC.,

              CIVIL ACTION NO.: 12CIV6771

      Plaintiff,

 -against-

              **NOTICE OF APPEARANCE**

MAXSUN PRODUCE CORP.,
THOMAS QI a/k/a JIAN and
JOHNNY LIN a/k/a HESONG LIN,

    Defendants.
-----------------------------------------------------------x

   **PLEASE TAKE NOTICE** that KEVIN KERVENG TUNG, P.C. hereby appears as attorneys for JOHNNY LIN a/k/a HESONG LIN, the defendant named in the above-captioned action.

Dated: Queens, New York
    September 13, 2012

                /s/ Kevin K. Tung_____
               Kevin K. Tung, Esq. (KT1478)
               Attorneys for Defendant
               Johnny Lin a/k/a Hesong Lin
               ktung@kktlawfirm.com
               KEVIN KERVENG TUNG, P.C.
               136-20 38th Avenue, Suite 3D
               Flushing, NY 11354
               TEL: (718) 939-4633
               FAX: (718) 939-4688

                /s/ Kenji Fukuda_____
               Kenji Fukuda, Esq. (KF0324)
               Attorneys for Defendant
               Johnny Lin a/k/a Hesong Lin
               kfukuda@kktlawfirm.com
               KEVIN KERVENG TUNG, P.C.
               136-20 38th Avenue, Suite 3D
               Flushing, NY 11354
               TEL: (718) 939-4633
               FAX: (718) 939-4688

## CERTIFICATION OF SERVICE

      The undersigned hereby certifies that all counsels of record were served with a copy of this document through the Court's CM/ECF System or via regular mail, on this 13th day of September, 2012.

Attn: Greg Brown, Esq.
gbrown@mccarronlaw.com
McCarron & Diess
Attorneys for Plaintiff
707 Walt Whitman Road, Suite 200
Melville, NY 11747
TEL: (631) 425-8110
FAX: (631) 425-8112

      /s/ Kenji Fukuda
      Kenji Fukuda, Esq. (KF0324)
      Attorneys for Defendant
      Johnny Lin a/k/a Hesong Lin
      kfukuda@kktlawfirm.com
      KEVIN KERVENG TUNG, P.C.
      136-20 38th Avenue, Suite 3D
      Flushing, NY 11354
      TEL: (718) 939-4633
      FAX: (718) 939-4688