**EXHIBIT A**

## Account Details (DMFP_NA_TRADE) - MAXSUN PRODUCE CORP - NY

### Collections (NA)

| Trans Date | Number | PO Number | Days Late | Transaction Type | Original | Balance Due | Status | Location |
|---|---|---|---|---|---|---|---|---|
| 06-JUN-2012 | 8024812 | 13715 | 48 | PROFITS INVOICE | 6,552.00 | 6,552.00 | Open | 508642 |
| 13-JUN-2012 | 8026579 | 13789 | 41 | PROFITS INVOICE | 6,912.00 | 6,912.00 | Open | 508642 |

|  | Entered | Functional |
|---|---|---|
| Cumulative Balance |  |  |
| Total Balance | 13,464.00 | 13,464.00 |

[Dunning History] [Call] [Transaction Overview] [Details]
[Dispute History] [Adjust] [Balances] [Activities]

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
16989 COLLECTIONS CTR DR
CHICAGO IL 60693-0169

**Bill To:**
MAXSUN PRODUCE CORP - NY
58/51 MASPETH AVE

MASPETH NY 11378-2700
**[1137827001]**

**Ship To:**
MAXSUN PRODUCE CORP - NY
58/51 MASPETH AVE

MASPETH NY 11378-2700

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 8024812 | 06/06/12 | 06/05/12 | WJ4160 | 13715 | | AH683F NJ | LMS1223 |

| PRODUCT DESCRIPTION | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| PN 50 DM PLANTAINS | P S | CO | HLW HL | HL | 336 | $19.50 | $6,552.00 |
| Product of Colombia | | | | | | | |

**Invoice Total Please Remit In U.S. Dollars** $6,552.00

**Sales Person:** 760
**Customer #/Code:** 508642 /MAXXNY
**Trade Terms:** D -DELIVERED SALE
**Order Type:** REGULAR

### TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to: Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

### COPY - NOT AN ORIGINAL INVOICE

### DEL MONTE FRESH PRODUCE N.A., INC. REMITTANCE ADVICE

| | | | |
|---|---|---|---|
| **Bill To:** | 508642 | **Invoice #:** | 8024812 |
| **Bill To Name:** | MAXSUN PRODUCE CORP - NY | **Invoice Date:** | 06/06/12 |
| **P.O. #:** | 13715 | **Invoice Amount:** | $6,552.00 |
| **S.O. #:** | WJ4160 | **Remittance Amount:** | |

# BILL OF LADING
## Del Monte Fresh Produce N.A., Inc.

**Ship From**
Holt - Port Gloucester
701 North Broadway
Gloucester City NJ 08030
0

**Transportation Contact**
EDWARD SCHMELTZER
PO BOX 149222
Coral Gables  Fl 331149222

**Bill To:** MAXSUN PRODUCE CORP - NY
58/51 MASPETH AVE
MASPETH   NY   113782700

**Ship To:** MAXSUN PRODUCE CORP - NY
58/51 MASPETH AVE
MASPETH   NY
(718) 326-3318

Sales Order# WJ4160
DM Truck ID: 4026245
Ship Date: 06/05/12
Sales Person: Lopez, Cuky
P.O. Number 1: 13715
P.O. Number 2:
Carrier/Broker: DE MARCO PRODUCE INC.
DELIVER ON: 6/6/2012

| UNITS | COMMODITY DESCRIPTION |
|---|---|
| 336 | Plantains Del Monte Surface Palletized |
|  | Product of Colombia |

**Shipping Instructions:**

Temp Recorder(s):
Total Quantity Shipped: 336
Carrier: ER&J
License: AH683F NJ

Total Est. Net Weight: 38,880
Total Palletized Weight: 41,730
Time In: 15:23:00
Time Out: 18:57:50

**DRIVER READ CAREFULLY BEFORE SIGNING:**
- Maintain delivery air temperature @ **58°F** in continuous operation mode. Failure to do so may result in damage claims. Notify shipper of any significant variations.
- I have received the merchandise described above in good shipping condition and have verified the count.
- I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.
- The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
- Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.
- Del Monte Fresh will take payment discount based on what is stated on the invoice or what is agreed to in a written agreement.
- Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsible for any and all claims for loss or damage to cargo.

DRIVER'S SIGNATURE        SHIPPER'S SIGNATURE        CONSIGNEE

# INVOICE

**Correspondence to:**
DEL MONTE FRESH PRODUCE N.A., INC.
P.O. BOX 149222
CORAL GABLES, FL 33114-9222
(305) 520-8400

**Remit Payments To:**
DEL MONTE FRESH PRODUCE N.A., INC.
16989 COLLECTIONS CTR DR
CHICAGO    IL    60693-0169

**Bill To:**
MAXSUN PRODUCE CORP - NY
58/51 MASPETH AVE

MASPETH    NY    11378-2700
**[1137827001]**

**Ship To:**
MAXSUN PRODUCE CORP - NY
58/51 MASPETH AVE

MASPETH    NY    11378-2700

| Invoice # | Invoice Date | Ship Date | Order # | PO #1 | PO #2 | AWB/Trailer# | Manifest # |
|---|---|---|---|---|---|---|---|
| 8026579 | 06/13/12 | 06/12/12 | WK0546 | 13789 | | AH683F NJ | LST1224 |

| PRODUCT DESCRIPTION | | | | OR | WHS | UP | SP | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PN | 50 | DM | PLANTAINS | P S | EC | HLW | HL  HL | 384 | $18.00 | $6,912.00 |
| Product of Ecuador | | | | | | | | | | |

**Invoice Total Please Remit In U.S. Dollars**  $6,912.00

Sales Person: 760
Customer #/Code: 508642    /MAXXNY
Trade Terms: D   - DELIVERED SALE
Order Type: REGULAR

## TERMS: NET 10 DAYS FROM INVOICE DATE

All purchases made subject to Del Monte Fresh Produce N.A., Inc. Terms and Conditions of Sale. You may obtain a copy of the Terms and Conditions of Sale by writing to: Del Monte Fresh Produce N.A., Inc., P.O. BOX 149222, Coral Gables, FL 33114-9222 Attn: Credit Department, or by calling (305) 520-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7U.S.C. s499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Past due invoices shall accrue interest at 1 ½% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction.

## COPY - NOT AN ORIGINAL INVOICE

## DEL MONTE FRESH PRODUCE N.A., INC.  REMITTANCE ADVICE

| Bill To: | 508642 | Invoice #: | 8026579 |
|---|---|---|---|
| Bill To Name: | MAXSUN PRODUCE CORP - NY | Invoice Date: | 06/13/12 |
| P.O. #: | 13789 | Invoice Amount: | $6,912.00 |
| S.O. #: | WK0546 | Remittance Amount: | |

# BILL OF LADING
## Del Monte Fresh Produce N.A., Inc.

**Ship From**
Holt - Port Gloucester
701 North Broadway
Gloucester City NJ 08030
0

**Transportation Contact**
EDWARD SCHMELTZER
PO BOX 149222
Coral Gables  Fl 331149222

**Bill To:** MAXSUN PRODUCE CORP - NY
58/51 MASPETH AVE
MASPETH  NY  113782700

**Ship To:** MAXSUN PRODUCE CORP - NY
58/51 MASPETH AVE
MASPETH  NY
(718) 326-3318

Sales Order# WK0546
DM Truck ID: 4028537
Ship Date: 06/12/12
Sales Person: Lopez, Cuky
P.O. Number 1: 13789
P.O. Number 2:
Carrier/Broker: DE MARCO PRODUCE INC.
DELIVER ON: 6/13/2012

| UNITS | COMMODITY DESCRIPTION |
|---|---|
| 384 | Plantains Del Monte Surface Palletized |
|  | Product of Ecuador |

**Shipping Instructions:**

Temp Recorder(s):
Total Quantity Shipped: 384
Carrier: ER&J
License: AH683F NJ

Total Est. Net Weight: 39,120
Total Palletized Weight: 41,820
Time In: 15:18:00
Time Out: 16:47:23

**DRIVER READ CAREFULLY BEFORE SIGNING:**
- Maintain delivery air temperature @ **58°F** in continuous operation mode. Failure to do so may result in damage claims. Notify shipper of any significant variations.
- I have received the merchandise described above in good shipping condition and have verified the count.
- I am satisfied that said manifest is loaded and properly braced, and I will be responsible for shortages and damages.
- The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
- Carrier acknowledges that payment by shipper to named broker constitutes full and final payment to carrier.
- Del Monte Fresh will take payment discount based on what is stated on the invoice or what is agreed to in a written agreement.
- Unless actual carrier is approved in writing by Del Monte, Broker shall be deemed the carrier and shall be responsible for any and all claims for loss or damage to cargo.

DRIVER'S SIGNATURE        SHIPPER'S SIGNATURE        CONSIGNEE