**EXHIBIT A**



**Organic Harvest, LLC**
711 Valencia #2
Coral Gables, FL 33134

Phone # (305) 772-9555
Fax No. (866) 212-9635

# Invoice

| Date | Invoice # |
|---|---|
| 7/23/2012 | 220 |

| Bill To | Ship To |
|---|---|
| Maxsun Produce Corp<br>Kevin Kim<br>58-51 Maspeth Avenue<br>Maspeth, NY 11378-2700 | Maxsun Produce Corp<br>Kevin Kim<br>58-51 Maspeth Avenue<br>Maspeth, NY 11378-2700 |

| P.O. Number | Terms | Rep | Ship | Via | Due Date |
|---|---|---|---|---|---|
| Kevin Kim Pending# | Net 15 | PD | 7/23/2012 | Reliable Truck | 8/7/2012 |

| Qty lb/bx | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 500 | Snow Peas | Snow Peas from Peru pack 10 lb per box | 18.00 | 9,000.00 |

Request for Credit must be within 24 hours with pictures of product

PRODUCT FROM PERU

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust. This invoice represents our understanding of the transaction as consummated less discounts. Wire any contractual discrepancies upon its receipt, otherwise we will assume you consider it correct.

**Total** $9,000.00

**Payments/Credits** $0.00

**Balance Due** $9,000.00



# Delivery Order

Date: 07/23/12

Contact Information at **RELIABLE TRUCKING**:

JAVIER

CFS will deliver **500**, (4 PALLETS), boxes of organic fresh herbs, from Organic Harvest to Reliable Trucking. Customer's name on labels:

**MAXSUN PRODUCE**.

Attn: KEVIN KIM

Thank you,

Patricia Davila