# Exhibit A

CDC Sales, Inc. v.  
Maxsun Produce Corp.

Payment Terms - 10 days  
Interest Rate - 9%

*Trust Chart*  
*CDC Sales, Inc.*

| Invoice Number | Shipment Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 1/9/2013 | Accrued Interest* 9% | Total Amount |
|---|---|---|---|---|---|---|---|
| 2745 | 6/21/2012 | 6/22/2012 | 7/1/2012 | $ 6,601.50 | 192 | $ 312.53 | $ 6,914.03 |
| 2790 | 7/6/2012 | 7/7/2012 | 7/16/2012 | $ 14,867.50 | 177 | $ 648.87 | $ 15,516.37 |
| 2858 | 7/21/2012 | 7/23/2012 | 7/31/2012 | $ 16,008.30 | 162 | $ 639.45 | $ 16,647.75 |
| | | Sub-Totals | | $ 37,477.30 | | $ 1,600.85 | $ 39,078.15 |
| | | | | | | =TOTAL CLAIM | $ 39,078.15 |
| | | | | *Additional daily interest accruing from above date | | | $ 9.24 |

# CDC Sales, Inc.

a General Partner of CDC Partners LP
P.O. Box 1963
Boerne, TX 78006
Phone 830-336-4060



# Invoice

| Date | Invoice No. |
|---|---|
| 6/22/2012 | 2745 |

### Shipped To & Billed To:
MAXSUN PRODUCE CORP.
5851 MASPETH AVE.
MASPETH, NY 11378-2700

### Shipped From:
CHAMPION PRODUCE
PARMA, ID
P.O. #28809

| P.O. Number | Terms | Ship Date | Shipped Via | FOB |
|---|---|---|---|---|
|  | 21 DAYS | 6/21/2012 | TRUCK | US #1 FOB |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 810 | TOY | SACK COLOSSAL YELLOW ONIONS US #1 FOB AT $8.15 FOB (ON PALLETS)  FREIGHT: ARRANGED | 8.15 | 6,601.50 |

** NO UNAUTHORIZED DEDUCTIONS **

"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**Total Due** $6,601.50

# CDC Sales, Inc.

a General Partner of CDC Partners LP
P.O. Box 1963
Boerne, TX 78006
Phone 830-336-4060



# Invoice

| Date | Invoice No. |
|---|---|
| 7/7/2012 | 2790 |

| Shipped To & Billed To: | Shipped From: |
|---|---|
| MAXSUN PRODUCE CORP.<br>5851 MASPETH AVE.<br>MASPETH, NY 11378-2700 | HARRIS FRESH<br>HURON, CA<br>P.O. #27415 |

| P.O. Number | Terms | Ship Date | Shipped Via | FOB |
|---|---|---|---|---|
| | 21 DAYS | 7/6/2012 | TRUCK | DELIVERED |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 950 | TOY | SACK COLOSSAL YELLOW ONIONS US #1 FOB AT A DELIVERED PRICE OF $15.65 (ON PALLETS)<br><br>FREIGHT: TOTAL QUALITY LOGISTICS WILL INVOICE HARRIS $6.75 PER SACK | 15.65 | 14,867.50 |

** NO UNAUTHORIZED DEDUCTIONS **

"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**Total Due** $14,867.50

# CDC Sales, Inc.

a General Partner of CDC Partners LP
P.O. Box 1963
Boerne, TX 78006
Phone 830-336-4060



# Invoice

| Date | Invoice No. |
|---|---|
| 7/23/2012 | 2858 |

### Shipped To & Billed To:
MAXSUN PRODUCE CORP.
5851 MASPETH AVE.
MASPETH, NY 11378-2700

### Shipped From:
SKYLINE PRODUCE
HATCH, NM
P.O. #SS1738

| P.O. Number | Terms | Ship Date | Shipped Via | FOB |
|---|---|---|---|---|
|  | 21 DAYS | 7/21/2012 | TRUCK | DELIVERED |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 882 | TOY | SACK COLOSSAL YELLOW ONIONS US #1 FOB AT A DELIVERED PRICE OF $18.15 (ON PALLETS) FREIGHT: TO BE PAID BY SHIPPER | 18.15 | 16,008.30 |

** NO UNAUTHORIZED DEDUCTIONS **

"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**Total Due** $16,008.30



Fruit and Vegetable Programs

# Search PACA

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 19962553 | 9/11/1996 | 9/11/2013 | Active |

**Business Name**
CDC SALES INC

| Business Address | City | State | Zip |
|---|---|---|---|
| 108 CAPROCK CIRCLE | BOERNE | TX | 780064201 |

| Web Address | Email | Phone | Fax |
|---|---|---|---|
| | CDCSALES@GVTC.COM | 830 336-4060 | 830 336-4070 |

| | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| | PO BOX 1963 | BOERNE | TX | 780066963 |

**Reported Principal (Last Name, First Name)**

BEARDEN, CHARLES D

**Trade Names**
None

**Branch Name , Branch City , Branch State** None

To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firmâ€™s license, please contact us at:

1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov

To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:

1 (800) 495-7222, then Option #2

To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:

1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov

To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:

1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov

To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:

1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov