

Exhibit A

| Invoice Number | Shipment Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 1/9/2013 | Accrued Interest* 9% | Total Amount |
|---|---|---|---|---|---|---|---|
| 8368554 | 6/4/2012 | 6/4/2012 | 6/14/2012 | $ 6,688.00 | 209 | $ 344.66 | $ 7,032.66 |
| 8369344 | 6/8/2012 | 6/8/2012 | 6/18/2012 | $ 6,688.00 | 205 | $ 338.06 | $ 7,026.06 |
| 8370260 | 6/12/2012 | 6/12/2012 | 6/22/2012 | $ 6,688.00 | 201 | $ 331.47 | $ 7,019.47 |
| 8371337 | 6/18/2012 | 6/18/2012 | 6/28/2012 | $ 6,512.00 | 195 | $ 313.11 | $ 6,825.11 |
| 8372506 | 6/22/2012 | 6/22/2012 | 7/2/2012 | $ 8,448.00 | 191 | $ 397.87 | $ 8,845.87 |
| 8372506 | 6/22/2012 | 6/22/2012 | 7/2/2012 | $ (2,112.00) | 191 | $ (99.47) | $ (2,211.47) |
| 8374186 | 7/2/2012 | 7/2/2012 | 7/12/2012 | $ 5,104.00 | 181 | $ 227.79 | $ 5,331.79 |
| 8375164 | 7/6/2012 | 7/6/2012 | 7/16/2012 | $ 5,104.00 | 177 | $ 222.76 | $ 5,326.76 |
| 8375968 | 7/12/2012 | 7/12/2012 | 7/22/2012 | $ 5,104.00 | 171 | $ 215.21 | $ 5,319.21 |
| 8377105 | 7/17/2012 | 7/17/2012 | 7/27/2012 | $ 5,236.00 | 166 | $ 214.32 | $ 5,450.32 |
| 8378466 | 7/26/2012 | 7/26/2012 | 8/5/2012 | $ 5,456.00 | 157 | $ 211.21 | $ 5,667.21 |
| 8380141 | 8/2/2012 | 8/2/2012 | 8/12/2012 | $ 5,632.00 | 150 | $ 208.31 | $ 5,840.31 |
| 8381732 | 8/10/2012 | 8/10/2012 | 8/20/2012 | $ 5,632.00 | 142 | $ 197.20 | $ 5,829.20 |
| 8382193 | 8/14/2012 | 8/14/2012 | 8/24/2012 | $ 8,514.00 | 138 | $ 289.71 | $ 8,803.71 |
| 8384999 | 8/28/2012 | 8/28/2012 | 9/7/2012 | $ 8,514.00 | 124 | $ 260.32 | $ 8,774.32 |
| | | | | | | | |
| *Sub-Totals* | | | | $ 87,208.00 | | $ 3,672.53 | $ 90,880.53 |

=Estimated Attorneys' Fees and Costs  $  4,000.00

=TOTAL CLAIM  $  94,880.53

* Additional daily interest accruing from above date  $  21.50



CALAVO GROWERS, INC.

(805) 525-1245

# INVOICE

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

| USE INVOICE NUMBER |
| AND CUSTOMER NUMBER |
| ON ALL CORRESPONDENCE |

| | |
|---|---|
| INVOICE NUMBER | 08368554 |
| INVOICE DATE | 06/04/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 06/04/12 |

**B I L L T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**S H I P T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 06/04/12 | JP | Customer PickU |
| **From** | New Jersey VAD | | |
| **Via** | | | |
| **Special Inst.** | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01071 | CTN/40 | AVOMX HASS | 176 | 38.00 | 6688.00 |
| | | PRODUCT OF MEXICO | | | |
| | | | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 6688.00 USD |

NVC1600100308368554 0001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT

 CALAVO GROWERS, INC.

(805) 525-1245

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

# INVOICE

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| INVOICE NUMBER | 08369344 |
|---|---|
| INVOICE DATE | 06/08/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 06/08/12 |

| B I L L T O | MAXSUN PRODUCE CORP<br>58-51 MASPETH AVE<br>MASPETH, NY 11378 | S H I P T O | MAXSUN PRODUCE CORP<br>58-51 MASPETH AVE<br>MASPETH, NY 11378 |
|---|---|---|---|

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 06/07/12 | JP | Customer PickU |

| From | New Jersey VAD |
|---|---|
| Via | |
| Special Inst. | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statuatory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01071 | CTN/40 | AVOMX HASS<br>  PRODUCT OF MEXICO<br><br>SEAL #:<br>TEMP RECORDER: | 176 | 38.00 | 6688.00 |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 6688.00 USD |

NVC1600100308369344 0001

ORIGINAL  -  PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



CALAVO GROWERS, INC.

(805) 525-1245

# INVOICE

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| INVOICE NUMBER | 08370260 |
|---|---|
| INVOICE DATE | 06/12/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 06/12/12 |

**B I L L T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**S H I P T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 06/12/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01071 | CTN/40 | AVOMX HASS | 176 | 38.00 | 6688.00 |
| | | PRODUCT OF MEXICO | | | |
| | | | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 6688.00 USD |

INVC1600100308370260001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



CALAVO GROWERS, INC.

(805) 525-1245

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

# INVOICE

| INVOICE NUMBER | 08371337 |
|---|---|
| INVOICE DATE | 06/18/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 06/18/12 |

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

**B I L L T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**S H I P T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 06/18/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust
authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499
e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories
of food or other products derived from these commodities, and any receivables or proceeds from
the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01071 | CTN/40 | AVOMX HASS | 176 | 37.00 | 6512.00 |
| | | PRODUCT OF MEXICO | | | |
| | | | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 6512.00 USD |

INVC1600100308371337Z0001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



CALAVO GROWERS, INC.

(805) 525-1245

# INVOICE

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08372506 |
| INVOICE DATE | 06/22/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 06/22/12 |

**B I L L T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**S H I P T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 06/22/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01071 | CTN/40 | AVOMX HASS | 264 | 32.00 | 8448.00 |
| | | PRODUCT OF MEXICO | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 6943.20 | 0 | 264 | .00 | 8448.00 USD |

I NVC1600100308372506000

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT


CALAVO GROWERS, INC.

# CREDIT

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

**B I L L T O**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**S H I P T O**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer Reference | Route Date | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | | JP | |
| From | | | |
| Via | | | |
| Special | | | |
| Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01071 | CTN/40 | AVOMX HASS | 264 | .0000 | -8.00 | -2112.00 |
| | | Reason: A1 - ASM-ORDERING ERR-ITEM, PRICE, | | | | |

| | | | TERMS | TOT QTY | WEIGHT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | | | NET 10 DAY | 264 | 6943.20 | -2112.00 USD |

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



**CALAVO GROWERS, INC.**

(805) 525-1245

# INVOICE

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08374186 |
| INVOICE DATE | 07/02/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 07/02/12 |

**BILL TO**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**SHIP TO**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 07/02/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U S C 499 e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01071 | CTN/40 | AVOMX HASS<br>PRODUCT OF MEXICO<br><br>SEAL #:<br>TEMP RECORDER: | 176 | 29.00 | 5104.00 |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 5104.00 USD |

1 NVC1600100208374186001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



**CALAVO GROWERS, INC.**

(805) 525-1245

# INVOICE

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08375164 |
| INVOICE DATE | 07/06/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 07/06/12 |

**B I L L T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**S H I P T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 07/06/12 | JP | Customer PickU |

| From | New Jersey VAD |
|---|---|
| Via | |
| Special Inst. | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01233 | CTNT/40 | AVOMX HASS | 176 | 29.00 | 5104.00 |
| | | PRODUCT OF MEXICO | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4681.60 | 0 | 176 | .00 | 5104.00 USD |

INVC1600100208375164000 1

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



**CALAVO GROWERS, INC.**

(805) 525-1245

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

# INVOICE

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08375968 |
| INVOICE DATE | 07/12/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 07/12/12 |

**BILL TO**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**SHIP TO**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 07/11/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 00003 | CTN/40 | AVOCA HASS | 176 | 29.00 | 5104.00 |
| | | PRODUCT OF CALIFORNIA, USA | | | |
| | | | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 5104.00 USD |

I NVC1600100208375968000 1

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



CALAVO GROWERS, INC.

(805) 525-1245

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

# INVOICE

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08377105 |
| INVOICE DATE | 07/17/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 07/17/12 |

**B I L L T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**S H I P T O**

MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 07/17/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special | | | |
| Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01233 | CTNT/40 | AVOMX HASS | 176 | 29.75 | 5236.00 |
| | | PRODUCT OF MEXICO | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4681.60 | 0 | 176 | .00 | 5236.00 USD |

I NVC16001002083771050001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



**CALAVO GROWERS, INC.**

(805) 525-1245

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

# INVOICE

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08378466 |
| INVOICE DATE | 07/26/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 07/26/12 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | MAXSUN PRODUCE CORP<br>58-51 MASPETH AVE<br>MASPETH, NY 11378 | | MAXSUN PRODUCE CORP<br>58-51 MASPETH AVE<br>MASPETH, NY 11378 |

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 07/24/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

'The perishable agriculture commodities listed on this invoice are sold subject to the statuatory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.'

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 00003 | CTN/40 | AVOCA HASS<br>  PRODUCT OF CALIFORNIA, USA<br><br>SEAL #:<br>TEMP RECORDER: | 176 | 31.00 | 5456.00 |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 5456.00 USD |

INVC16001002083784660001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT

 CALAVO GROWERS, INC.

(805) 525-1245

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

# INVOICE

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08380141 |
| INVOICE DATE | 08/02/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 08/02/12 |

| BILL TO | | SHIP TO | |
|---|---|---|---|
| | MAXSUN PRODUCE CORP<br>58-51 MASPETH AVE<br>MASPETH, NY 11378 | | MAXSUN PRODUCE CORP<br>58-51 MASPETH AVE<br>MASPETH, NY 11378 |

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 08/01/12 | JP | Customer PickU |
| From<br>Via | New Jersey VAD | | |
| Special<br>Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 00003 | CTN/40 | AVOCA HASS<br>PRODUCT OF CALIFORNIA, USA<br><br>SEAL #:<br>TEMP RECORDER: | 176 | 32.00 | 5632.00 |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 5632.00 USD |

INVC1600100208380141410001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



CALAVO GROWERS, INC.

# INVOICE

(805) 525-1245

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

| | |
|---|---|
| INVOICE NUMBER | 08381732 |
| INVOICE DATE | 08/10/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 08/10/12 |

**BILL TO**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**SHIP TO**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 08/09/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutatory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 00003 | CTN/40 | AVOCA HASS | 176 | 32.00 | 5632.00 |
| | | PRODUCT OF CALIFORNIA, USA | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| NET 10 DAYS | 4628.80 | 0 | 176 | .00 | 5632.00 USD |

I NVC1600100208381732 0001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



**CALAVO GROWERS, INC.**

(805) 525-1245

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

# INVOICE

| INVOICE NUMBER | 08382193 |
| --- | --- |
| INVOICE DATE | 08/14/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 08/14/12 |

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

**B I L L T O**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**S H I P T O**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
| --- | --- | --- | --- |
| | 08/11/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 01071 | CTN/40 | AVOMX HASS | 264 | 32.25 | 8514.00 |
| | | PRODUCT OF MEXICO | | | |
| | | | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | NET 10 DAYS | 6943.20 | 0 | 264 | .00 | 8514.00 USD |

1 NVC1600100208382193 0001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT



**CALAVO GROWERS, INC.**

(805) 525-1245

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

# INVOICE

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08384999 |
| INVOICE DATE | 08/28/12 |
| CUSTOMER NUMBER | MAXSUN |
| CUSTOMER REFR | |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 08/28/12 |

**BILL TO**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

**SHIP TO**
MAXSUN PRODUCE CORP
58-51 MASPETH AVE
MASPETH, NY 11378

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| | 08/27/12 | JP | Customer PickU |
| From | New Jersey VAD | | |
| Via | | | |
| Special | | | |
| Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statuatory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 00003 | CTN/40 | AVOCA HASS | 264 | 32.25 | 8514.00 |
| | | PRODUCT OF CALIFORNIA, USA | | | |
| | | SEAL #: | | | |
| | | TEMP RECORDER: | | | |

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 10 DAYS | 6943.20 | 0 | 264 | .00 | 8514.00 USD |

I NVC1600100208384990001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT

*please FAX back TO 1·805·921·3223 Attention*
*Too new to rate Dennise Catto p9 1oF2*



The First Name In Avocados®

# CONFIDENTIAL CREDIT APPLICATION
## PRINCIPLE CORPORATE OFFICERS, PARTNERS OR PROPRIETORS

All questions must be answered and a principal or officer of the company **must** sign this form on the reverse side. Also, please submit a copy of your latest financial statement with this application.

| For Office Use Only: |
|---|
| New/Update |
| Approved by: |
| Date: |
| Tax Exempt: Y/N   Cert.: Y/N |

## BUSINESS

Legal Name: MAXSUN PRODUCE CORP    Fictitious Name (if any) _____
Address: 58·51 MASPETH AVE    City MASPETH    State NY Zip 11378
Mailing Address (if different from above) _____
Business Phone: 718·326·3318   Business Fax: 718·326·3398   Date Established OCT 2008
Type of Entity (Check One) ☐ Individual   ☐ Partnership   ☒ Corporation
Parent Company (if any) MICROLE ENTENPRISES INC   Location: BROOKLYN NY
Accounting Contact: STEVEN LIN    Phone: 718 4186510    PO Required: ☐ Yes ☐ No
Authorized Signer: JOHNNY S LIN    Title: PRESIDENT

## AUTHORIZATION TO RELEASE INFORMATION

I hereby authorize our bank and references to release any information necessary to assist in establishing a line of credit.
Authorized Signature _____    Print Name Johnny Lin   Title PRESIDENT Date 12/30/08

## BANK

Bank Name: UNITED COMMERCIAL BK   Account Number: 63754212    Yrs. 2008
Address: 41-80 MAIN ST    City FLUSHING    State NY Zip 11355
Person to Contact: MS JULIEN ZHANG    Phone: 718 888 6502 Fax: 718·760·5490

## VENDOR REFERENCES (Please provide 3 references of recent principle suppliers)

Complete Name: LEE'S SHILOH FARMS    Account Number: _____   Yrs. 2008
Address: 1605 COUNTRY WALK DR    City ORANGE PARK    State FL Zip 32003
Person to Contact: MR BRIAN CHU    Phone: 904 651 4589 Fax: 904 264 5130

Complete Name: PACIFIC SHORES    Account Number: _____   Yrs. 2009
Address: 6102 Innovation    City CARLSBAD    State CA Zip 92009
Person to Contact: MR BYRON    Phone: 760 438 2806 Fax: 760·438·4449

Complete Name: CDC SALES    Account Number: _____   Yrs. 2008
Address: _____    City BOERNE    State TX Zip _____
Person to Contact: MR DEAN BEARDEN    Phone: 830 336 4060 Fax: 830 336 4070

### (NOT VALID UNLESS SIGNED ON REVERSE SIDE)

1141-A CUMMINGS ROAD • SANTA PAULA, CA 93060
PHONE: (805) 525-1245 • FAX: (805) 921-3223

*Attention: Dennise Callo*

*please FAX back To 1-805-921-3223*

*MAXSUN pg 2 of 2*

## TERMS AND CONDITIONS GOVERNING SALES

The following uniform terms and conditions govern all purchase and sale transactions between Calavo Growers, Inc. (Calavo) and the applicant shown on the face hereof (Purchaser) for goods sold by Calavo to Purchaser (Products) whether pursuant to written or oral orders:

1. **Delivery** - All Products are sold by Calavo and delivered to Purchaser FOB packinghouse/warehouse designated on the face of the bill of lading. Title and risk of loss or damage to all Products passes to Purchaser upon delivery of Products.

2. **Certification** -- The product delivery receipt (bill of lading or air waybill) specifying estimated weight and actual number of boxes of Products received by Purchaser shall be final and conclusive and binding upon Purchaser and Calavo.

3. **Charges** – Purchaser agrees to pay invoice price and all other charges attributable to Products until time of delivery.

4. **Terms of Payment** – Payment by purchaser to Calavo of invoice and other charges shall, unless otherwise specified on the face of the invoice or bill of lading, be 10 (ten) days for fresh and 30 (thirty) days for processed from the date of delivery of Products. Calavo reserves the right to assess a late charge at a rate of interest equal to the rate allowable by law.

5. **Exceptions – Purchaser must notify Calavo within 24 (twenty-four) hours after delivery of Products of any and all exceptions to bill of lading.**

   - A full statement in writing of the exception and basis thereof must be filed with Calavo within 10 (ten) business days after delivery of Products.
   - Purchaser is required to obtain USDA or federal inspection of Products upon request of Calavo.
   - Any disposal of Products or reduction in price requires written approval from Calavo. Purchaser shall supply Calavo with a verified disposal certificate if any Products delivered to Purchaser require disposal, and shall provide Calavo access to Purchaser's pertinent sales records and any other pertinent documents if requested by Calvavo.

6. **Adjustments** -- The Purchaser hereby agrees and is required to pay Calavo the full amount of the invoice charge without any right of deduction or offset whatsoever. In the case of a dispute, Calavo, upon review, will issue a corrected invoice if warranted, that will supersede the invoice disputed. No representation, agreement or adjustment regarding any dispute hereunder will be binding upon Calavo unless in writing signed by authorized Calavo agent.

**By signing below, I agree and acknowledge the above terms and conditions by which Calavo Growers, Inc. offers to extend credit.** Applicant agrees to pay all collection costs incurred by seller in enforcement of the terms and conditions of this agreement, including court costs, actual reasonable attorney's fees and collection agency fees, within the standards of the industry.

Signed: _____        Date: _07/18/2009_

Printed Name: __JOHNNY S. LIN__        Title: _PRESIDENT_



**Fruit and Vegetable Programs**

# Search PACA

| **License No.** | **Date Issued** | **Anniversary Date** | **Status** |
|---|---|---|---|
| 20021250 | 6/5/2002 | 6/5/2013 | Active |

**Business Name**

CALAVO GROWERS INC

| **Business Address** | **City** | **State** | **Zip** |
|---|---|---|---|
| 1141 A CUMMINGS RD | SANTA PAULA | CA | 93060 |

| **Web Address** | **Email** | **Phone** | **Fax** |
|---|---|---|---|
| | RWEDIN@CALAVO.COM | 805 525-1245 | 805 921-3287 |

| | **Mailing Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| | P O BOX 751 | SANTA PAULA | CA | 930610751 |

---

**Reported Principal (Last Name, First Name)**

VAN DERKAR, SCOTT N
FERRAZZANO, FRED J
HAUSE, MICHAEL D
CARBONE, EGIDIO
MCFARLANE, DORCAS H
WEDIN, ROB J
BARNES, GEORGE H
HUNT, JOHN M
EDWARDS, HAROLD S
LEAVENS, J L
BRUNO, ARTHUR J
BROWNE, MICHAEL A
HOLLISTER, STEVEN
AHMER, ALAN C
COLE, LECIL E
SNYDER, JAMES E
SANDERS, DONALD M
SNIDER, ALVA V

**Trade Names**
**None**

---

**Branch Name , Branch City , Branch State**

CALAVO GROWERS INC. TEMECULA, CA

CALAVO GROWERS INC. NOGALES, AZ
CALAVO GROWERS INC. GARLAND, TX
CALAVO GROWERS INC. SWEDESBORO, NJ
CALAVO GROWERS INC. SANTA PAULA, CA

**To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firm's license, please contact us at:**

1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov

**To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contact us at:**

1 (800) 495-7222, then Option #2

**To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov

**To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov

**To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:**

1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov