# Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *De Bruyn Produce Company v.* | | | | **Trust Chart** | | | **Payment Terms - 10 days** |
| *Maxsun Produce Corp.* | | | | **De Bruyn Produce Company** | | | **Interest Rate - 9%** |
| | | | | | | | **Attorneys' Fees Provision** |

| Invoice Number | Shipment Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 1/9/2013 | Accrued Interest* 9% | Total Amount |
|---|---|---|---|---|---|---|---|
| 4854 | 1/11/2012 | 1/13/2012 | 1/21/2012 | $ 9,922.50 | 354 | $ 866.11 | $ 10,788.61 |
| 4900 | 1/21/2012 | 1/27/2012 | 1/31/2012 | $ 9,350.00 | 344 | $ 793.08 | $ 10,143.08 |
| 5809 | 5/25/2012 | 5/31/2012 | 6/4/2012 | $ 12,100.00 | 219 | $ 653.40 | $ 12,753.40 |
| | | Sub-Totals | | $ 31,372.50 | | $ 2,312.59 | $ 33,685.09 |

=Estimated Attorneys' Fees and Costs $ 2,000.00

=TOTAL CLAIM $ 35,685.09

* Additional daily interest accruing from above date $ 7.74

# DE BRUYN PRODUCE COMPANY

P.O. Box 325    Weslaco, TX 78599-0325
Ph 956-262-6286  Fax 956-262-8206
Sales Fax 956-262-6279
FDA #14591732134

**Invoice# DP 4854**
Ship Date
01/11/2012

Bill To:
MAXSUN PRODUCE
5851 MASPETH AVE
MASPETH, NY 11378-2700

Ship To:
MAXSUN PRODUCE
5857 MASPETH DR.
MASPETH, NY 11378-2700
Ph 1-(718) 326-3318  Fax 1-(718) 326-3398

4854

Terms: 14 Days
Frt Terms: Prepaid

PO#  11468

| Label/Reference Ctry | Ctn/Bin | Quantity Product Description | Salesperson KEVIN | Price | Extension |
|---|---|---|---|---|---|
| | | 882 Onion Yellow US 50# Sx Colossal | | 11.2500 | 9,922.50 |
| | | 21 Charges Pallets | | | |
| Pallets In | | 882 Quantity | | | |
| Pallets Out | | | | | $ 9,922.50 |

IN THE EVENT COLLECTION ACTION BECOMES NECESSARY, BUYER AGREES TO PAY ALL
COSTS OF COLLECTION, INCLUDING ATTORNEY FEES.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

*mailed 1/13 JC*

# DE BRUYN PRODUCE COMPANY

**Invoice# DP 4900**

P.O. Box 325   Weslaco, TX 78599-0325
Ph 956-262-6286  Fax 956-262-8206
Sales Fax 956-262-6279
FDA #14591732134

Ship Date: 01/21/2012

Bill To:
MAXSUN PRODUCE
5851 MASPETH AVE
MASPETH, NY 11378-2700

Ship To:
MAXSUN PRODUCE
5857 MASPETH DR.
MASPETH, NY 11378-2700
Ph 1-(718) 326-3318  Fax 1-(718) 326-3398

4900

Terms: 14 Days
Frt Terms: Prepaid

PO# 11610

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | Salesperson KEVIN | Price | Extension |
|---|---|---|---|---|---|---|---|
| | | | 850 | Onion Yellow US 50# Sx Colossal | | 11.0000 | 9,350.00 |
| | | | 20 | Charges Pallets | | | |

Pallets In
Pallets Out

850 Quantity

$ 9,350.00

IN THE EVENT COLLECTION ACTION BECOMES NECESSARY, BUYER AGREES TO PAY ALL
COSTS OF COLLECTION, INCLUDING ATTORNEY FEES.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

mailed 1/27 JC

# DE BRUYN PRODUCE COMPANY

P.O. Box 325   Weslaco, TX 78599-0325
Ph 956-262-6286   Fax 956-262-8206
Sales Fax 956-262-6279
FDA #14591732134

Invoice# DP 5809
Ship Date
05/25/2012

**Bill To:**
MAXSUN PRODUCE
5851 MASPETH AVE
MASPETH, NY 11378-2700

**Ship To:**
MAXSUN PRODUCE
5857 MASPETH DR.
MASPETH, NY 11378-2700
Ph 1-(718) 326-3318  Fax 1-(718) 326-3398

**5809**

Terms: 14 Days
Frt Terms: Prepaid

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | Salesperson KEVIN | Price | Extension |
|---|---|---|---|---|---|---|---|
|  |  |  | 880 | Onion Yellow US 50# Sx Colossal |  | 13.7500 | 12,100.00 |
|  |  | 22 | Charges Pallets |  |  |  |  |
| Pallets In |  |  | 880 | Quantity |  |  | $ 12,100.00 |
| Pallets Out |  |  |  |  |  |  |  |

IN THE EVENT COLLECTION ACTION BECOMES NECESSARY, BUYER AGREES TO PAY ALL
COSTS OF COLLECTION, INCLUDING ATTORNEY FEES.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

mailed 5/31
JC



Fruit and Vegetable Programs

# Search PACA

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 19177155 | 7/17/1958 | 7/17/2013 | Active |

**Business Name**
DE BRUYN PRODUCE CO

| Business Address | City | State | Zip |
|---|---|---|---|
| 101 WASHINGTON ST | ZEELAND | MI | 494641225 |

| Web Address | Email | Phone | Fax |
|---|---|---|---|
| | MARGRET@DEBRUYNPRODUCE.COM | 956 968-6581 | 956 968-1709 |

| | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| | PO BOX 76 | ZEELAND | MI | 494640076 |

---

**Reported Principal (Last Name, First Name)**

DEBRUYN, MARGARET

**Trade Names**
**None**

---

**Branch Name , Branch City , Branch State**

GULF DISTRIBUTING CO. WESLACO, TX
DEBRUYN PRODUCE. POMPANO BEACH, FL

To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firm's license, please contact us at:

1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov

To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:

1 (800) 495-7222, then Option #2

To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:

1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov

To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:

1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov

To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at: